UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLEN ELIZABETH TARR, on behalf of herself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>-against-<br><br>UNITED TIME GROUP, LLC.<br><br>                    Defendant. | Docket No: 1:23-cv-9051<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff ELLEN ELIZABETH TARR, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Dated:    Hicksville, New York
             December 12, 2023

                                                                                          Respectfully submitted,

                                                                                          /s/ *Mars Khaimov*

                                                                                          Mars Khaimov, Esq.
                                                                                          Mars Khaimov Law, PLLC
                                                                                          100 Duffy Avenue, Suite 510
                                                                                          Hicksville, New York 11801
                                                                                          mars@khaimovlaw.com